## Lenn McCowan et al., Appellees, v. Josephine Price Ellis et al., Appellants.

Gen. No. 42,917.

opinion filed May 23, 1944. Heber T. Dotson, for appellants; Prescott, Burroughs & Taylor, for appellees; A. Morris Burroughs and Patrick B. Prescott, Jr., of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.